758

Commonwealth *v.* Bauer, Appellant.

Argued November 12, 1971.

*J. Graham Sale, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Boyer et al., Appellants.

Argued November 8, 1971. *Edward J. Tocci, W. Lipecky* and *Richard E. Davis,* Assistant Public Defenders, with them *John E. Caputo,* Assistant Public Defenders, for appellants; *Alfred L. Steff, Jr.,* Assistant District Attorney, with him *Robert C. Reed,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

SPAULDING, J., absent.